Case 4:21-cr-10007-JLK   Document 3   Entered on FLSD Docket 05/25/2021   Page 1 of 5

FILED by ___KS___ D.C.

May 25, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-10007-CR-KING/BECERRA**

CASE NO. _____

26 U.S.C. § 7206(1)

UNITED STATES OF AMERICA

v.

JACOB KOBA ZAKARIADZE,

Defendant.
_____

### INDICTMENT

The Grand Jury charges that:

### INTRODUCTION

At all times relevant to this Indictment or as otherwise indicated herein:

1. **JACOB KOBA ZAKARIADZE**, the defendant, was born in the Republic of Georgia, and became a naturalized U.S. Citizen in 2009. The defendant resided in Monroe County, in the Southern District of Florida, since at least January 2010.

2. **JACOB KOBA ZAKARIADZE** and others owned and operated labor staffing companies that supplied workers to hotels, bars, and restaurants in Key West, Florida, and elsewhere. The labor staffing companies in which the defendant had an ownership or managerial interest included PSEB Services JD, Inc. and Paradise Hospitality Solutions LLC.

3. The labor force PSEB Services JD, Inc. and Paradise Hospitality Solutions LLC provided to their customers primarily consisted of alien workers, many of whom did not have authorization to work in the United States.

4. The Internal Revenue Service (IRS) was an agency of the United States Department of Treasury responsible for administering the tax laws and collecting taxes owed to the United States.

## COUNT ONE
Filing a False Tax Return
(26 U.S.C. § 7206(1))

5. The factual allegations contained in Paragraphs 1 through 4 of this Indictment are re-alleged and incorporated as though fully set forth herein.

6. On or about July 10, 2017, in Monroe County, Florida, in the Southern District of Florida, and elsewhere, the defendant,

**JACOB KOBA ZAKARIADZE,**

did willfully make and subscribe an IRS Form 1040 (Individual Income Tax Return) for calendar year 2016, which was verified by a written declaration that it was made under the penalties of perjury and filed with the IRS, and which **JACOB KOBA ZAKARIADZE** did not believe to be true and correct as to every material matter. Among other things, the defendant falsely reported on Line 22 of his IRS Form 1040 total income of $248,050, whereas he then and there well knew that his tax return failed to report more than $60,000 of income that he received from Paradise Hospitality Solutions LLC.

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

_____
Foreperson

DAVID A. HUBBERT
Acting Assistant Attorney General
U.S. Department of Justice, Tax Division

*[signature: Sean Beaty]*
_____
Sean Beaty, Attorney No. A5501870
Jessica A. Kraft
Trial Attorneys, U.S. Department of Justice, Tax Division
Christopher Clark, Florida Bar No. 0588040, Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| JACOB KOBA ZAKARIADZE | **CERTIFICATE OF TRIAL ATTORNEY*** |
| | Superseding Case Information: |
| _____ Defendant/ | |

**Court Division:** (Select One)  
☐ Miami  ☑ Key West  ☐ FTL  
☐ WPB  ☐ FTP

New defendant(s)  ☑ Yes  ☐ No
Number of new defendants  1
Total number of counts  1

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _____
   List language and/or dialect _____

4. This case will take 5.00 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days         ☑
   II   6 to 10 days        ☐
   III  11 to 20 days       ☐
   IV   21 to 60 days       ☐
   V    61 days and over    ☐

   (Check only one)
   Petty         ☑
   Minor         ☐
   Misdemeanor   ☐
   Felony        ☐

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
SEAN BEATY
Special Assistant United States Attorney
Court ID No.   A5501870

*Penalty Sheet(s) attached                                                REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

PENALTY SHEET

Defendant's Name: **JACOB KOBA ZAKARIADZE**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Filing a False Tax Return 2016 | 26 U.S.C. § 7206(1) | Max Imprisonment: 3 years<br>Max Fine: $250,000 or twice the greater of the gross gain or loss<br>Max Supervised Release Term: 1 year<br>Costs of Prosecution |